# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MAE V. HAMPTON,**

        **Plaintiff,**

**-vs-**         **Case No. 6:04-cv-1205-Orl-KRS**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d) (Doc. No. 22)** |
| **FILED:** | **December 29, 2005** |

Plaintiff shall complete the Rule 3.01(g) conference and file a notice stating whether the Commissioner opposes the relief requested before the date that a response to the motion is due to be filed.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record