# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MAE V. HAMPTON,**

        **Plaintiff,**

**-vs-**                                                                          **Case No. 6:04-cv-1205-Orl-KRS**

**JO ANNE B. BARNHART,**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d) (Doc. No. 22)
>
> **FILED:**      December 29, 2005
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Mae V. Hampton, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on September 30, 2005. Doc. No. 21. An award of fees and expenses is, therefore, ripe for consideration.

Hampton's attorney, Shea A. Fugate, Esq., seeks $4,710.60 in attorney's fees for 30.1 hours of work. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be

compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index. 28 U.S.C. § 2412(d)(2)(A). Fugate seeks $894.74 in fees for 5.9 hours of work in 2004, calculated at $151.65 per hour, and $3,815.86 in fees for 24.2 hours of work in 2005, calculated at $157.68 per hour. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. *See* Doc. No. 24. After reviewing the papers submitted by Hampton, I find that the fees requested are appropriate in the absence of objection.

It is, therefore, **ORDERED** that Hampton is awarded $4,710.60 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on January 10, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties